JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:   541-419-0074
Fax:              541-593-4452
Email:          jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH GREENLEAF UNDERWOOD, ) | Case No.  2:16-CV-02280-AC |
| ) | |
| Plaintiff ) | **STIPULATION AND ~~PROPOSED~~** |
| ) | **ORDER FOR EXTENSION OF TIME** |
| v. ) | **TO FILE PLAINTIFF'S MOTION FOR** |
| ) | **SUMMARY JUDGEMENT** |
| NANCY A. BERRYHILL[1], ) | |
| Acting Comm'r of Social Security, ) | |
| ) | |
| Defendant ) | |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to March 22, 2017, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is requested due to Plaintiff's counsel's heavy workload.

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**Underwood v. Berryhill**          **Stipulation and Proposed Order**          **E.D. Cal. 2:16-cv-02280-AC**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: February 20, 2017         JACQUELINE A. FORSLUND
                                Attorney at Law


                                */s/Jacqueline A. Forslund*
                                JACQUELINE A. FORSLUND

                                Attorney for Plaintiff


Date:  February 20, 2017        PHILIP A. TALBERT
                                United States Attorney
                                DEBORAH STACHEL
                                Regional Chief Counsel, Region IX
                                Social Security Administration

                                */s/Donna W. Anderson*
                                DONNA W. ANDERSON
                                Special Assistant United States Attorney
                                *By email authorization

                                Attorney for Defendant


                                     ORDER

APPROVED AND SO ORDERED



DATED: February 21, 2017         _____
                                 ALLISON CLAIRE
                                 UNITED STATES MAGISTRATE JUDGE


**Underwood v. Berryhill**         **Stipulation and Proposed Order**         **E.D. Cal. 2:16-cv-02280-AC**