PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, SBN PA 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SARAH G. UNDERWOOD, ) | Case No. 2:16-cv-02280-AC |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] |
| v. ) | ORDER FOR AN EXTENSION OF |
| ) | TIME |
| NANCY A. BERRYHILL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file her responsive pleading be extended until May 22, 2017. This is Defendant's first request for an extension of time to file her responsive pleading. Defense counsel requires additional time to fully review the administrative record and consider the government's position due to

conflicting due dates.  Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

                                          Respectfully submitted,

Date:  April 21, 2017       By:   /s/ *Jacqueline A. Forslund\**
                                                Jacqueline A. Forslund
                                                Attorney for Plaintiff
                                                (\* By e-mail authorization on 04/21/17)

Dated: April 21, 2017             PHILLIP A. TALBERT
                                                United States Attorney
                                                DEBORAH LEE STACHEL
                                                Regional Chief Counsel, Region IX
                                                Social Security Administration

                                      By:   */s/ Donna W. Anderson*
                                                DONNA W. ANDERSON
                                                Special Assistant U.S. Attorney
                                                Attorneys for Defendant

                                                ORDER

APPROVED AND SO ORDERED:

Dated: April 21, 2017

                                                ALLISON CLAIRE
                                                UNITED STATES MAGISTRATE JUDGE