UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH GREENLEAF UNDERWOOD, | No. 2:16-cv-02280 AC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| NANCY A. BERRYHILL, Acting Commissioner Of Social Security, | |
| Defendant. | |

Plaintiff Sarah Greenleaf Underwood commenced this social security action on September 26, 2016. ECF Nos. 1-3.[1] Presently pending before the court is plaintiff's motion for attorneys' fees pursuant to 42 U.S.C. § 406(b). ECF No. 25. If the Commissioner wishes to oppose this motion, she must do so within 30 days of the date of this order. If the Commissioner submits an opposition, plaintiff shall have 14 days from the date the opposition is filed to file a reply if she wishes to do so.

IT IS SO ORDERED.

DATED: June 22, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] This case was referred to the undersigned pursuant to E.D. Cal. L.R. 302(c)(15) and both parties voluntarily consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). ECF Nos. 7 and 9.

1